UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                  :

       -v-                              :   NOLLE PROSEQUI

ANDRES ALMONTE,                           :   07 Cr. 619 (RMB)
    a/k/a "Frankie,"
YOKE MING POH,                            :
    a/k/a "Goa Loa,"
WAY NG,                                   :
    a/k/a "Shorty,"
KHOO CHEE HOENG,                          :
    a/k/a "Poon Chi Hung,"
DA HE CAO, and                            :
CHAI HONG LAW,
    a/k/a "Fu Zai,                         :

                                :

        Defendants.
                                :
- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07

        1.    The filing of this nolle prosequi will dispose of this case with respect to the defendant, CHAI HONG LAW, a/k/a "Fu Zai."

        2.    On July 10, 2007, Indictment 07 Cr. 619 (RMB) was filed, charging defendant, CHAI HONG LAW, a/k/a "Fu Zai," and five others, with participating in a conspiracy to distribute 1 kilogram or more of heroin, in violation of Title 21, United States Code, Sections 812, 841(a), 841(b)(1)(A), and 846.

        3.    Based on a review of the evidence in the case and information pertaining to this defendant acquired subsequent to the filing of the Indictment, it has been concluded that further prosecution of CHAI HONG LAW, a/k/a "Fu Zai" would not be in the interests of justice.

      4. In light of the foregoing, I recommend that an order of nolle prosequi be filed as to defendant, CHAI HONG LAW, a/k/a "Fu Zai," with respect to Indictment 07 Cr. 619 (RMB).

                                      _____
                                      BRENDAN R. MCGUIRE
                                      Assistant United States Attorneys
                                      Telephone: (212) 637-2486/2205

Dated:    New York, New York
           July 23, 2007

      Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendant CHAI HONG LAW, a/k/a "Fu Zai," with respect to Indictment 07 Cr. 619 (RMB).

                                      _____
                                      MICHAEL J. GARCIA
                                      United States Attorney
                                      Southern District of New York

Dated:    New York, New York
           July 23, 2007

SO ORDERED:

                                      _____
                                      HON. RICHARD M. BERMAN
                                      United States District Judge
                                      Southern District of New York

Dated:    New York, New York
           July 25, 2007